1
2
3
4
5
6
7

8     UNITED STATES DISTRICT COURT
9     CENTRAL DISTRICT OF CALIFORNIA
10

11  WILLIAM OUIMETTE,                    Case 2:12-cv-06268-ODW(MRWx)
12           Plaintiff,
                                         **ORDER CONTINUING ORDER TO
13      v.                               SHOW CAUSE RE. SETTLEMENT
                                         [103]**
14  COUNTY OF LOS ANGELES, and
    DOES 1 through 10, inclusive,
15
             Defendants.
16

17      On January 23, 2014, Plaintiff Ouimette notified the Court that they reached a
18  preliminary settlement in this action. (ECF No. 104.) Ouimette states that the parties
19  are in the process of finalizing the settlement papers, which the parties anticipate will
20  take two weeks. Ouimette further indicates that the County needs an additional 6–12
21  months to receive the County's approval of the final settlement.
22      The parties' request that the Court permit this case tarry on the docket for such
23  a substantial time after reaching a settlement is unreasonable. The Court understands
24  that parties want to protect their legal rights in case the other party breaches the
25  settlement agreement. But breach of a settlement agreement gives rise to a separate
26  claim—one distinct from the underlying merits of this action. *See Sharpe v. F.D.I.C.*,
27  126 F.3d 1147, 1153 (9th Cir. 1997) ("It is beyond cavil that this failure to perform
28  / / /

the express terms of the settlement agreement is a breach."). The parties therefore have an adequate, independent remedy to address any potential breach.

In any event, the Court **CONTINUES** the Order to Show Cause (ECF No. 103) and **ORDERS** the parties to **SHOW CAUSE** by **Monday, May 5, 2014**, why settlement has not been finalized in this matter. No hearing will be held. The Court will discharge this Order upon a stipulated dismissal or request for voluntary dismissal.

**IT IS SO ORDERED.**

February 3, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**