1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9      CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION
10

| | |
|---|---|
| 11 WILLIAM OUIMETTE, | Case No: CV12-06268-ODW (MRWX) [Assigned To District Judge, Hon. Otis D. Wright II, Courtroom 11 And Discovery Magistrate Hon. Michael R. Wilner, Courtroom H-9] (Complaint filed on July 20, 2012) |
| 12          Plaintiff, | |
| 13 v. | |
| 14 COUNTY OF LOS ANGELES, AND UNNAMED DEFENDANTS 1-10, | **ORDER  RE STATUS OF FINAL SETTLEMENT AND REQUEST TO CONTINUE ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| 15 | |
| 16          Defendants. | |
| 17 | Trial Date:  January 14, 2014 Final Pre-Trial Conf: December 16, 2013 |
| 18 | |

19
20          Having considered the Parties Statement re: Status of Final Settlement and

21  Stipulation to Continue Order to Show Cause re: Settlement, and finding that good cause

22  exists, this Court orders that the request is approved and makes the following order:

23  **IT IS ORDERED**

24          The Court will continue the OSC re Settlement to November 3, 2014.

25

26  DATED:      October 21, 2014     _____

27                              THE HONORABLE OTIS D. WRIGHT II
                              JUDGE OF THE UNITED STATES DISTRICT COURT
28

-1-