# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| WILLIAM OUIMETTE,<br><br>　　　Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, AND UNNAMED DEFENDANTS 1-10,<br><br>　　　Defendants. | Case No: CV12-06268-ODW (MRWX)<br>[ASSIGNED TO DISTRICT JUDGE, HON. OTIS D. WRIGHT II, COURTROOM 11 AND DISCOVERY MAGISTRATE HON. MICHAEL R. WILNER, COURTROOM H-9]<br>(Complaint filed on July 20, 2012)<br><br>**ORDER RE DEFENDANT'S STATEMENT RE: STATUS OF FINAL SETTLEMENT AND REQUEST TO CONTINUE ORDER TO SHOW CAUSE RE: SETTLEMENT** |

Having considered Defendant County of Los Angeles' ("County") Statement re: Status of Final Settlement and Request to Continue Order to Show Cause re: Settlement, and finding that good cause exists, this Court orders that the County's request is approved and makes the following order:

**IT IS ORDERED**

1)　The Court will continue the OSC re Settlement to December 3, 2014.

DATED: November 4, 2014　　　_____ /s/ Otis D. Wright _____

　　　　　　　　　　　　THE HONORABLE OTIS D. WRIGHT II
　　　　　　　　　　　　JUDGE OF THE UNITED STATES DISTRICT COURT